IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PORFIRIO P. JORQUE & EDITHA PALANCIA,

        Plaintiffs,

  v.

AMERICAN BROKERS CONDUIT, et al.,

        Defendants.

No. C 12-00005 RS

**ORDER**

On March 9, 2012, the Court granted defendants' motion to dismiss with leave to amend, directing plaintiffs to amend their complaint by April 12, 2012 or the action would be automatically dismissed with prejudice. As plaintiffs have made no such filing, the entire matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 4/16/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C
ORDER